UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

United States of America,

                        Plaintiff,

-against-

                                                                                  Case No. 7:18-mj-2198

Marques E. Garner

                        Defendant.

---------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                             SO ORDERED.

                                                                             _____
                                                                             Hon. Martin R. Goldberg
                                                                             United States Magistrate Judge

Dated: 26th day of August 2022
         Poughkeepsie, New York